IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | CASE NUMBER 5:22-CR-00018-RWS |
| | § | |
| v. | § | |
| | § | |
| CLINTON DOUGLASS PENN, | § | |
| | § | |
| Defendant. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The Report of Magistrate Judge John D. Love, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. The parties have waived their objections to the Report and Recommendation.

The Court is of the opinion that the findings and conclusion of the Magistrate Judge are correct. Therefore, the Court hereby **ADOPTS** the Report of the United States Magistrate Judge as the findings and conclusions of this Court and **ORDERS** that Defendant Clinton Douglass Penn be sentenced to a term of imprisonment of 12 months and 1 day, with no supervised release to follow. The Court further **RECOMMENDS** that Defendant serve his sentence at FCI Schuylkill, PA, or FCI Bennettsville, NC, if available.

**SIGNED this 15th day of December, 2023.**

Page **1** of **1**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE